# Court of Appeals
# of the State of Georgia

ATLANTA, September 20, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0356. ANTONIO A. ANDREWS v. THE STATE.

A jury found Antonio A. Andrews guilty of driving without a valid license and violating Georgia's "Hands Free" law, OCGA § 40-6-241 (c). On July 11, 2024, the trial court entered a judgment of conviction and sentence. Thirty-four days later, on August 14, 2024, Andrews filed a notice of appeal.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Andrews's notice of appeal was not timely filed, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/20/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] Although the notice of appeal bears a signature date of July 27, 2024, we rely on the clerk's endorsement (that is, the file-stamp date) as the filing date in the absence of evidence to the contrary. See *Lavan v. Philips*, 184 Ga. App. 573, 574 (362 SE2d 138) (1987).